UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| DAMIEN ROBINS, | Case No. 3:24-cv-00086-LRH-CLB |
|---|---|
| Petitioner, | |
| v. | ORDER |
| WILLIAM GITTERE, et al., | |
| Respondents. | |

Petitioner has submitted an application to proceed *in forma pauperis* and a habeas petition. ECF No. 1. The matter has not been properly commenced because the pauper application does not include all required attachments. Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, a petitioner must attach both an inmate account statement for the past six months and a *properly executed* financial certificate. Because petitioner did not attach either document, his application is incomplete.

Further, petitioner has submitted his petition on the form used to file a civil rights action, even though he appears to be challenging his state custody under a state court judgment of conviction. If petitioner does, in fact, wish to challenge his state court conviction, he is required to complete a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on the court-approved form. *See* Local Rule, LSR 3-1 (requiring habeas petitioners appearing pro se to file petitions on the court's approved form).

Due to these defects, the application for leave to proceed *in forma pauperis* will be denied, and the present action will be dismissed without prejudice to the filing of a new petition in a new action with a pauper application on the proper form with all required attachments.

IT THEREFORE IS ORDERED that the application to proceed *in forma pauperis* (ECF No. 1) is DENIED. This is action is DISMISSED without prejudice to the filing of a **new** petition in a **new** action with a properly completed pauper application. The Clerk of Court shall enter judgment accordingly and close this case.

IT FURTHER IS ORDERED that a certificate of appealability is DENIED, as jurists of reason would not find the court's dismissal of this improperly commenced action without prejudice to be debatable or incorrect.

IT FURTHER IS ORDERED that the Clerk shall send petitioner two copies each of an application form to proceed *in forma pauperis* for incarcerated persons and a noncapital Section 2254 habeas petition form, one copy of the instructions for each form, and a copy of the papers that he submitted in this action.

IT IS SO ORDERED.

DATED THIS 23rd day of February, 2024.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE